UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS KEBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ and JOHN F. GAVIN,<br><br>Defendants. | Civil Action No. 1:17-cv-11695-WGY<br><br>MOTION FOR ADMISSION OF COUNSEL, SAMUEL H. RUDMAN, *PRO HAC VICE* – UNOPPOSED |

Pursuant to Local Rule 83.5.3, the undersigned counsel, Alan L. Kovacs, hereby moves the Court to enter an Order granting leave to Samuel H. Rudman of the law firm Robbins Geller Rudman & Dowd LLP, 58 South Service Road, Suite 200, Melville, New York 11747, to appear on behalf of plaintiff Chris Kebler in the above-captioned action.

As grounds for this motion, the undersigned states that, pursuant to the Affidavit of Mr. Rudman submitted herewith:

1. He is a member in good standing in every jurisdiction where he has been admitted to practice;

2. There are no disciplinary proceedings against him as a member of the Bar in any jurisdiction in which he is admitted to practice; and

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves that Samuel H. Rudman be admitted to practice before this Court *pro hac vice*.

DATED: September 27, 2017  LAW OFFICE OF ALAN L. KOVACS
ALAN L. KOVACS, ESQ.


        */s/ Alan L. Kovacs*
        ALAN L. KOVACS

257 Dedham Street
Newton, MA 02461
Telephone: 617/964-1177
617/332-1223 (fax)
alankovacs@yahoo.com

*Liaison Counsel for Plaintiff*

ROBBINS GELLER RUDMAN
  && DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/ 367-7100
631/ 367-1173 (fax)

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 770/200-3104
770/200-3101 (fax)

*Attorneys for Plaintiff*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify pursuant to Local Rule 7.1(a)(2) that I have conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel has indicated they will not oppose the instant motion.

                                                */s/ Alan L. Kovacs*
                                                ALAN L. KOVACS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

                                                */s/ Alan L. Kovacs*
                                          ALAN L. KOVACS, BBO #278240