# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN THARP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>Defendants. | No. 1:17-cv-11504-WGY |
| HUI ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ, and JOHN F. GAVIN,<br><br>Defendants. | No. 1:17-cv-11518-WGY |
| CHRIS KEBLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., MURUGESAN SHANMUGARAJ and JOHN F. GAVIN,<br><br>Defendants. | No. 1:17-cv-11695-WGY |

**WKW PARTNERS FUND I, LP AND HUI ZHANG'S MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF THEIR SELECTION OF COUNSEL</u>**

WKW Partners Fund I, LP and Hui Zhang ("Movants") by and through their counsel, hereby respectfully move this Court for an Order: (i) consolidating the related actions, (ii) appointing Movants as Lead Plaintiff, and (iii) approving their selection of Glancy Prongay & Murray LLP as Lead Counsel and Block & Leviton LLP as Liaison Counsel.

In support of this Motion, Movants submit herewith a Memorandum of Law, the Declaration of Jason M. Leviton, and a Proposed Order.

DATED: October 13, 2017      **BLOCK & LEVITON LLP**

By: /s/ *Jason M. Leviton*
Jeffrey C. Block (BBO #600747)
Jason M. Leviton (BBO #678331)
Bradley Vettraino (BBO #691834)
155 Federal Street, Suite 400
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Jeff@blockesq.com
Jason@blockesq.com
Bradley@blockesq.com

*Liaison Counsel for Plaintiff*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glancylaw.com

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 13, 2017.

Dated: October 13, 2017                /s/ *Jason M. Leviton*
                                       Jason M. Leviton